[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 14-11412
Non-Argument Calendar

_____

D.C. Docket No. 5:13-cr-00189-VEH-PWG-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

SHERMAINE GERMAN,
a.k.a. Shade,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Alabama

_____

(November 14, 2014)

Before TJOFLAT, WILSON and BLACK, Circuit Judges.

PER CURIAM:

Alison Wallace, appointed counsel for Shermaine German, in this direct

criminal appeal, has moved to withdraw from further representation of the

appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and German's conviction and sentence are **AFFIRMED**.